AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Charles Fravel <br> *Plaintiff* <br> v. <br> General Mills Operations, LLC <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:20-cv-1094 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Opinion and Order filed 10/28/2020. The Parties' Joint Motion for Approval of Collective Action Settlement (ECF No. 22) is GRANTED. This Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement. This action is hereby DISMISSED in its entirety.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 10/28/2020

CLERK OF COURT

_Christi M. Werr_
Signature of Clerk or Deputy Clerk